MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
mhall@lawhjc.com
MICHELLE R. SCHWARZ, ESQ.
Nevada Bar No. 5127
mschwarz@lawhjc.com
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
wfick@lawhjc.com

HALL JAFFE & CLAYTON, LLP
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Plaintiff,*
*Rodney Hermanson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY HERMANSON, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> CENTURY NATIONAL INSURANCE COMPANY, a foreign insurance company, DOES 1-100, individuals, and ROES 1-100, companies,, <br><br> Defendants. | Case No.: 2:19-cv-00656-RFB-GWF <br><br> **STIPULATION AND [proposed] ORDER FOR LEAVE TO FILE AMENDED COMPLAINT** |

## I. PROCEDURAL HISTORY

Plaintiff filed a Complaint in the Eighth Judicial District Court of the State of Nevada (hereinafter "state court") on March 21, 2019. Service of process was completed on March 26, 2019. On April 10, 2019, Plaintiff filed a First Amended Complaint as a matter of course pursuant to Nev. R. Civ. P. 15(a)(1). Plaintiff subsequently discovered that the First Amended Complaint contained a typographic error, and filed an Errata to First Amended Complaint. On April 16, 2019, before Plaintiff served the First Amended Complaint or Errata, Defendant filed

. . .

1

a Petition for Removal (ECF No. 1). The Petition for Removal did not reference or attach the First Amended Complaint or Errata.

## II. STIPULATION

Based upon the foregoing, and in order to establish a clear and simple record, the Parties, by and through their undersigned counsel, hereby stipulate and agree to grant Plaintiff leave to file a Second Amended Complaint (a proposed copy of which is attached hereto as **Exhibit "1"**) directly with this Court.

DATED this 1st day of May 2019

HALL JAFFE & CLAYTON, LLP

/s/ (signature)

MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
MICHELLE R. SCHWARZ, ESQ.
Nevada Bar No. 5127
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
7425 Peak Drive
Las Vegas, Nevada 89128
*Attorneys for Plaintiff*

DATED this 1st day of May 2019

ATKIN WINNER & SHERROD

/s/ Lara L. Miller

THOMAS E. WINNER, ESQ.
Nevada Bar No. 5168
MATTHEW J. DOUGLAS, ESQ.
Nevada Bar No. 11371
LARA L. MILLER, ESQ.
Nevada Bar No. 12618
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant*

## ORDER

Based upon the foregoing, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff shall be granted leave to file a Second Amended Complaint.

DATED this 2nd day of May 2019.

_____
UNITED STATES MAGISTRATE JUDGE