MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
mhall@lawhjc.com
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
wfick@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Plaintiff Rodney Hermanson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY HERMANSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY NATIONAL INSURANCE COMPANY, a foreign insurance company, DOES 1-100, individuals; and ROES 1-100, companies,<br><br>Defendants. | CASE NO. 2:19-cv-00656-RFB-GWF<br><br>**STIPULATION AND [proposed] ORDER TO EXTEND BRIEFING DEADLINES FOR DEFENDANT'S MOTION TO DISMISS (ECF NO. 18) AND ALTERNATE MOTION FOR MORE DEFINITE STATEMENT (ECF NO. 19) (First Request)** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff

RODNEY HERMANSON and Defendant CENTURY NATIONAL INSURANCE

COMPANY, by and through their undersigned counsel of record, that good cause

exists for the deadline for Plaintiff to file his Responses to Defendant's Motion to

Dismiss (ECF No. 18) and Alternate Motion for More Definite Statement (ECF

No. 19) be extended from May 30, 2019, until **June 6, 2019**.  Defendant filed its

motions on May 16, 2019.

Good cause exists for this extension as Plaintiff's counsel has been involved

in extensive negotiations and drafting of a joint pretrial order in a complex

1

consolidated wrongful death action, entitled *Wesco Ins. Co. et al. v. Smart Indus. Corp. et al.*, Case No. 2:16-cv-01206-JCM-GWF, consolidated with Case No. 2:16-cv-02378-RFB-GWF. Additionally, Plaintiff's counsel has had limited time to devote to these motions as a result of Memorial Day and pre-scheduled out-of-state travel starting May 29, 2019. Given the dispositive nature of Defendant's motion, Plaintiff's counsel respectfully requests additional time to prepare responsive briefs. In light of the same and pending the Court's approval, Defendant's counsel has graciously agreed to a one-week extension, through and until June 6, 2019.

This is the first extension requested in connection with the underlying motions, and is presented in good faith and not for purposes of delay. The Parties therefore respectfully request that this Court approve the foregoing stipulation.

DATED this 28th day of May 2019.         DATED this 28th day of May 2019.

**HALL JAFFE & CLAYTON, LLP**      **BAUMAN LOEWE WITT & MAXWELL**

/s/ Michael R. Hall                                   /s/ Michael C. Mills

MICHAEL R. HALL, ESQ.                      MICHAEL C. MILLS, ESQ.
Nevada Bar No. 5978                              Nevada Bar No. 3534
WALTER F. FICK, ESQ.                          3650 N. Rancho Dr., Ste. 114
Nevada Bar No. 14193                            Las Vegas, Nevada 89130
7425 Peak Drivee                                  *Attorney for Defendant*
Las Vegas, Nevada 89128                      *Century National Insurance Company*
*Attorneys for Plaintiff*
*Rodney Hermanson*

## ORDER

**IT IS SO ORDERED.**

DATED this  29th  day of _____May,_____ 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2