MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Telephone No.: 702-240-6060
Fax No.: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant
Century National Insurance Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY HERMANSON, an individual, | CASE NO: 2:19-cv-00656-RFB-GWF |
| Plaintiff, | |
| vs. | |
| CENTURY NATIONAL INSURANCE COMPANY, a foreign insurance company, DOES 1-100, and ROES 1-X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS REPLIES TO PLAINTIFF'S OPPOSITIONS [ECF 23 AND ECF 24] TO DEFENDANT'S MOTION TO DISMISS [ECF 19] AND DEFENDANTS ALTERNATE MOTION FOR MORE DEFINATE STATEMENT [ECF 18]**

Plaintiff Rodney Hermanson and Defendant Century National Insurance Company, by and through their respective counsel, hereby Stipulate that Defendant

may have an Extension of Time to file its Replies to Plaintiff's Oppositions [ECF 23 and ECF 24] to Defendant's Motion to Dismiss [ECF 19] and Defendants Alternate Motion for More Definite Statement [ECF 18] until Wednesday June 20, 2019.

Approved as to Form and Content:

Dated: June 12, 2019

HALL JAFFE & CLAYTON, LLP

/s/ Walter F. Fick

WALTER F. FICK, ESQ.
Nevada Bar No. 014193
7425 Peak Drive
Las Vegas, NV 89128
Attorney for Plaintiff

Dated: June 12, 2019

BAUMAN LOEWE WITT & MAXWELL, PLLC

/s/ Michael C. Mills

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Attorney for Defendant

## ORDER

Upon Stipulation by counsel for the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation to Extend Time for Defendant to file it's Replies to Plaintiff's Oppositions [ECF 23 and ECF 24] to June 20, 2019, is hereby Granted.

DATED this __14th__ day of _____June_____, 2019.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DEFENDANTS' MOTION TO DISMISS / OR FOR MORE DEFINITE STATEMENT
- Page 2 of 2 -

3318323v1