MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
mhall@lawhjc.com
WALTER F. FICK, ESQ.
Nevada Bar No. 14193
wfick@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Plaintiff Rodney Hermanson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY HERMANSON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CENTURY NATIONAL INSURANCE COMPANY, a foreign insurance company, DOES 1-100, individuals; and ROES 1-100, companies, <br><br> Defendants. | CASE NO. 2:19-cv-00656-RFB-GWF <br><br> **STIPULATION AND [proposed] ORDER TO EXTEND BRIEFING DEADLINES FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 34) (First Request)** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff RODNEY HERMANSON and Defendant CENTURY NATIONAL INSURANCE COMPANY, by and through their undersigned counsel of record, that good cause exists for the deadline for Plaintiff to file his Response to Defendant's Motion for Summary Judgment (ECF No. 34) be extended from January 27, 2020, until **January 30, 2020**. Defendant filed its motion on January 6, 2020.

Good cause exists for this extension as Plaintiff recently received, on January 22, 2020, Defendant's first supplemental initial disclosures, which produced over 900 pages of new documents. In light of the same and pending the

1

Court's approval, Defendant's counsel has graciously agreed to a three-day extension, through and until January 30, 2020.

This is the first extension requested in connection with the underlying motion, and is presented in good faith and not for purposes of delay. The Parties therefore respectfully request that this Court approve the foregoing stipulation.

DATED this 27th day of January 2020. DATED this 27th day of January 2020.

| **HALL JAFFE & CLAYTON, LLP** | **BAUMAN LOEWE WITT & MAXWELL** |
|---|---|
| /s/ Michael R. Hall | /s/ Michael C. Mills |
| MICHAEL R. HALL, ESQ.<br>Nevada Bar No. 5978<br>WALTER F. FICK, ESQ.<br>Nevada Bar No. 14193<br>7425 Peak Drivee<br>Las Vegas, Nevada 89128<br>*Attorneys for Plaintiff*<br>*Rodney Hermanson* | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 3534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, Nevada 89130<br>*Attorney for Defendant*<br>*Century National Insurance Company* |

## ORDER

**IT IS SO ORDERED.**

DATED this 30th day of January 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE