1 | MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
2 | BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
3 | Las Vegas, Nevada 89130
Telephone No.: 702-240-6060
4 | Fax No.: 702-240-4267
Email: mmills@blwmlawfirm.com
5
6 | Attorneys for Defendant
Century National Insurance Company
7

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY HERMANSON, an individual, | CASE NO: 2:19-cv-00656-RFB-EJY |
| Plaintiff, | |
| vs. | |
| CENTURY NATIONAL INSURANCE COMPANY, a foreign insurance company, DOES 1-100, and ROES 1-X, inclusive, | |
| Defendants. | |

### STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEPONENT'S MOTION TO QUASH SUBPOENA [ECF 54]

COME NOW Defendant Century National Insurance Company, by and through its counsel of record, Michael C. Mills, Esq. of the law firm of Bauman, Loewe, Witt and Maxwell and Deponent Michael Van, Esq. of the law firm of Shumway Van and hereby stipulate and agree to allow Defendant Century National Insurance Company an Extension to file its response to the Deponent's Motion to Quash.

The extension will allow the Deponent 30 days to prepare and serve a privilege log pursuant to Fed. R. Civ. P. 45(e)(2)(A) and will provide the Defendant seven days in which to prepare and file its Opposition to the Deponent's Motion to Quash.

The parties agree that the privilege log will be served on or before May 6, 2020 and the Defendant's Opposition will be filed on or before May 13, 2020.

**STIPULATED AND AGREED TO BY:**

Dated this 10th day of April, 2020.

Shumway Van

/s/ Michael Van
_____
Michael Van, Esq.
8985 S. Eastern Ave., #100
Las Vegas, NV 89123
Phone: 702-778-7770
Fax: 702-478-7779
Michael@shumwayvan.com
Deponent

Dated this 10th day of April, 2020.

Bauman Loewe Witt & Maxwell, LLC

/s/ Michael C. Mills
_____
Michael C. Mills, Esq.
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Counsel for Defendant,
Century National Insurance Company

IT IS SO ORDERED.

DATED this 13th day of April 2020.

_____
UNITED STATES MAGISTRATE JUDGE