MICHAEL R. HALL, ESQ.
Nevada Bar No. 5978
mhall@lawhjc.com

**HALL JAFFE & CLAYTON, LLP**
7425 Peak Drive
Las Vegas, Nevada 89128
(702) 316-4111
Fax (702) 316-4114

*Attorneys for Plaintiff Rodney Hermanson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY HERMANSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CENTURY NATIONAL INSURANCE COMPANY, a foreign insurance company, DOES 1-100, individuals; and ROES 1-100, companies,<br><br>Defendants. | CASE NO. 2:19-cv-00656-RFB-GWF<br><br>**STIPULATION AND [proposed] ORDER TO EXTEND BRIEFING DEADLINES FOR DEFENDANT'S MOTION FOR DECLARATORY RELIEF (ECF NO. 81) (First Request)** |

**IT IS HEREBY STIPULATED AND AGREED** between Plaintiff RODNEY HERMANSON and Defendant CENTURY NATIONAL INSURANCE COMPANY, by and through their undersigned counsel of record, that good cause exists for the deadline for Plaintiff to file his Response to Defendant's Motion for Declaratory Relief (ECF No. 81) to be extended from November 16, 2020, until **November 23, 2020**, when the Response to Defendant's Motion for Summary Judgment (ECF No. 80) is due. Defendant filed these Motions on November 2, 2020.

Good cause exists for this extension the dispositive nature of Defendant's Motion, Plaintiff's counsel respectfully requests additional time to prepare responsive briefs. In light of the same and pending the Court's approval, Defendant's counsel has graciously agreed to the

1

extension, through and until November 23, 2020.

       This is the first extension requested in connection with the underlying Motions, and is presented in good faith and not for purposes of delay. The Parties therefore respectfully request that this Court approve the foregoing stipulation.

DATED this 11th day of November 2020.   DATED this 11th day of November 2020.

**HALL JAFFE & CLAYTON, LLP**       **BAUMAN LOEWE WITT & MAXWELL**

*/s/ Michael R. Hall*       */s/ Michael C. Mills*
MICHAEL R. HALL, ESQ.       MICHAEL C. MILLS, ESQ.
Nevada Bar No. 5978       Nevada Bar No. 3534
7425 Peak Drive       3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89128       Las Vegas, Nevada 89130
*Attorneys for Plaintiff*       *Attorneys for Defendant*
*Rodney Hermanson*       *Century National Insurance Company*

### ORDER

**IT IS SO ORDERED.**

DATED this 12th day of November 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

2