MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Telephone No.: 702-240-6060
Fax No.: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant
Century National Insurance Company

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY HERMANSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CENTURY NATIONAL INSURANCE COMPANY, a foreign insurance company, DOES 1-100, and ROES 1-X, inclusive,<br><br>Defendants. | CASE NO: 2:19-cv-00656-RFB-EJY |

### STATUS REPORT PURSUANT TO COURT'S ORDER [ECF 124 & 126]

COMES NOW Defendant CENTURY NATIONAL INSURANCE COMPANY, by and through its counsel of record and hereby submits to the Court the following Status Report.

A proposed Joint Pre-Trial Order has been drafted which includes dates within the parameters set by the Court. Counsel for Defendant presented the new proposed Joint Pre-Trial Order to counsel for Plaintiff for approval. Counsel for Defendant is told that Counsel for Plaintiff, Michael Hall is currently in trial and has not had the opportunity to review and approve the newly proposed trial dates.

///

///

Counsel for Defendant requests an additional two weeks to finalize, approve and submit the new Joint Pre-Trial Order requested by the Court.

Approved as to Form and Content:

| Dated: April 23rd, 2024 | Dated: April 23rd, 2024 |
|---|---|
| HALL JAFFE, LLP | BAUMAN LOEWE WITT & MAXWELL, PLLC |
| /s/ unavailable for signature | /s/ Michael C. Mills, Esq. |
| MICHAEL R. HALL, ESQ.<br>Nevada Bar No. 005978<br>7425 Peak Drive<br>Las Vegas, NV 89128<br>Phone: 702-316-4111<br>Fax: 702-316-4114<br>Attorney for Plaintiff / Counter-Defendant Rodney Hermanson | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Phone: 702-240-6060<br>Fax: 702-240-4267<br>Attorneys for Defendant / Counter-Claimant Century-National Insurance Company |

## ORDER

IT IS HEREBY ORDERED that the Status Report is accepted and the time for the parties to file their Joint Pretrial Order is extended up to and including May 6, 2024.

DATED this the 25th day of April, 2024.

_____
U.S. District Court Judge