MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
BAUMAN LOEWE WITT & MAXWELL
3650 N. Rancho Dr., Ste. 114
Las Vegas, Nevada 89130
Telephone No.: 702-240-6060
Fax No.: 702-240-4267
Email: mmills@blwmlawfirm.com

Attorneys for Defendant
Century National Insurance Company

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RODNEY HERMANSON, an individual, | CASE NO: 2:19-cv-00656-RFB-EJY |
| Plaintiff, | |
| vs. | |
| CENTURY NATIONAL INSURANCE COMPANY, a foreign insurance company, DOES 1-100, and ROES 1-X, inclusive, | |
| Defendants. | |

**STIPULATION AND ORDER TO REOPEN DISCOVERY AND EXTEND DISCOVERY DEADLINES TO ALLOW FOR THE DEPOSITIONS OF TWO WITNESSES (SECOND REQUEST)**

IT IS HEREBY STIPULATED, by Plaintiff Rodney Hermanson, by through his counsel of record Michael Hall, Esq. of the law firm of Hall & Jaffe and Defendant Century National Insurance Company by and through its counsel of record Michael C. Mills, Esq. of the law firm of Bauman Loewe Witt & Maxwell and pursuant to Local Rule 26-3, to reopen discovery and modify their discovery plan as follows:

1. Plaintiff filed his Complaint on March 21, 2019 in the Eighth Judicial District Court, Case No. A-19-791544-C. Defendants removed the matter to the United States District Court, District of Nevada on April 16, 2019. Plaintiff filed a First Amended Complaint on May 2, 2019. Plaintiff filed a Second Amended Complaint on

May 3, 2019. Plaintiff filed a Third Amended Complaint on March 11, 2020. Defendant filed its Answer to Plaintiff's Third Amended Complaint on March 23, 2020 in the United States District Court, District of Nevada.

2. The parties held their F.R.C.P. 26 conference on November 18, 2019 and the court granted the parties' Stipulated Discovery Plan and Scheduling Order on February 21, 2017. In that original plan, the court ordered the following deadline dates:

| | |
|---|---|
| Discovery Cut-Off: | 06/01/2020 |
| Last Day to Amend Pleadings: | 03/03/2020 |
| Expert Disclosure Deadline: | 03/02/2020 |
| Rebuttal Expert Disclosure: | 04/02/2020 |
| Dispositive Motions Deadline: | 07/01/2020 |
| Pre-Trial Order: | 07/01/2020 |

3. Plaintiff requested and the court granted an extension of discovery. The operative discovery deadlines are as follows:

| | |
|---|---|
| Discovery Cut-Off: | CLOSED (09/01/2020) |
| Last Day to Amend Pleadings: | CLOSED (06/03/2020) |
| Interim Status Report: | CLOSED |
| Expert Disclosure Deadline: | CLOSED (07/06/2020) |
| Rebuttal Expert Disclosure: | CLOSED (08/05/2020) |
| Dispositive Motions Deadline: | CLOSED (10/01/2020) |
| Pre-Trial Order: | 05/06/2024 |

4. In compliance with Local Rule 26-3, the parties provide the following information regarding the discovery status:

|   |   |   |
|---|---|---|
| 1 | **(a) Discovery Completed pursuant to Fed. R. Civ. P. 26(a):** | |
| 2 | **Defendants:** | |
| 3 | Initial Disclosure | 12/16/2019 |
| 4 | First Supplemental Disclosure | 01/21/2020 |
| 5 | Second Supplemental Disclosure | 03/03/2020 |
| 6 | Third Supplemental Disclosure | 06/22/2020 |
| 7 | Fourth Supplemental Disclosure | 08/18/2020 |
| 8 | Fifth Supplemental Disclosure | 09/21/2020 |
| 9 | Sixth Supplemental Disclosure | 10/06/2020 |
| 10 | Seventh Supplemental Disclosure | 04/21/2023 |
| 11 | Plaintiff's Responses to Defendants RTP | 04/02/2020 |
| 12 | Plaintiff's Answers to Defendant Interrogatories | 04/02/2020 |
| 13 | Plaintiff's Responses to Defendant RTP2 | 04/02/2020 |
| 14 | Plaintiff's Supplemental Responses | 04/17/2020 |
| 15 | | |
| 16 | **Plaintiffs:** | |
| 17 | Initial Disclosure | 12/20/2019 |
| 18 | First Supplemental Disclosure | 01/27/2020 |
| 19 | Interrogatories to Defendant | 02/23/2017 |
| 20 | Defendant's Responses to RTA | 02/20/2020 |
| 21 | Defendant's Responses to RTP | 03/02/2020 |
| 22 | Defendants 1st Supplemental Responses | 06/24/2020 |
| 23 | Defendant's 2nd Supplemental Responses | 08/12/2020 |
| 24 | | |
| 25 | **Depositions Taken:** | |
| 26 | Deposition of Defendant's Rule 30(b)(6) | 10/08/2020 |
| 27 | | |
| 28 | | |

**(b) Discovery that remains to be completed:**

- Deposition of Plaintiff Rodney Hermanson
- Deposition of Witness Jeffrey Dollinger, Esq.

**(c) Reasons why discovery was not completed:**

During discovery, Defendant did not take the deposition of Plaintiff because Defendant felt that his deposition was not necessary to prepare its case. After the close of discovery Plaintiff asked Defendant for a stipulation to depose Plaintiff Hermanson because Plaintiff's health is declining. Defendant agreed to stipulate to Plaintiff's deposition on the condition that the Defendant be allowed to take a deposition as well.

Defendant named Jeffrey Dollinger, Esq. as its Defendant's Witness. Witness Dolliger's office produced the coverage opinion letter on which Defendant relied on declining its coverage. Defendant did not take his deposition during discovery because he was Defendant's witness. Defendant now seeks his deposition because he informs Defendant that he is busy and it will be a burden on him to be at trial.

The parties propose the Court reopen discovery to allow for these two depositions only. Otherwise the discovery deadlines will remain closed.

| | |
|---|---|
| Discovery Cut-Off: | CLOSED |
| Last Day to Amend Pleadings: | CLOSED |
| Interim Status Report: | CLOSED |
| Expert Disclosure Deadline: | CLOSED |
| Rebuttal Expert Disclosure: | CLOSED |
| Dispositive Motions Deadline: | CLOSED |
| Pre-Trial Order: | 05/06/2024 |

The parties agree that the depositions of the two identified witnesses shall be completed on or before July 19, 2024.

**CONCLUSION**

For the foregoing reasons, the parties herein respectfully request this Honorable Court to enter this Order to Reopen and Extend Discovery Plan and Deadlines to allow for the deposition of Plaintiff and Witness Dollinger only on or before July 19, 2024.

Approved as to Form and Content:

| | |
|---|---|
| Dated: May 6th, 2024 | Dated: May 6th, 2024 |
| HALL JAFFE, LLP | BAUMAN LOEWE WITT & MAXWELL, PLLC |
| /s/ Michael R. Hall | /s/ Michael C. Mills |
| MICHAEL R. HALL, ESQ.<br>Nevada Bar No. 005978<br>7425 Peak Drive<br>Las Vegas, NV 89128<br>Phone: 702-316-4111<br>Fax: 702-316-4114<br>Attorney for Plaintiff / Counter-Defendant Rodney Hermanson | MICHAEL C. MILLS, ESQ.<br>Nevada Bar No. 003534<br>3650 N. Rancho Dr., Ste. 114<br>Las Vegas, NV 89130<br>Phone: 702-240-6060<br>Fax: 702-240-4267<br>Attorneys for Defendant / Counter-Claimant Century-National Insurance Company |

**ORDER**

IT IS SO ORDERED

[signature]

~~UNITED STATES DISTRICT COURT JUDGE~~
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

DATED: May 6, 2023