1  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
2  BAUMAN LOEWE WITT & MAXWELL
   7251 W. Lake Mead Blvd,, Ste. 300 #359
3  Las Vegas, Nevada 89128
   Phone: 702-240-6060
4  Fax: 702-549-8855
   mmills@blwmlawfirm.com
5
   Attorneys for Defendant
6  Counter-Claimant
   Century-National Insurance Company
7

8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| RODNEY HERMANSON, an individual, | CASE NO: 2:19-cv-00656-RFB-EJY |
|---|---|
| Plaintiff, | |
| vs. | |
| CENTURY NATIONAL INSURANCE COMPANY, a foreign insurance company, DOES 1-100, and ROES 1-X, inclusive, | |
| Defendants. | |

## STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

COME NOW Plaintiff / Counter-Defendant RODNEY HERMANSON by and through his attorney Michael R. Hall, Esq. of Hall Jaffe, LLP and Defendant / Counter-Claimant CENTURY NATIONAL INSURANCE COMPANY by and through their attorney Michael C. Mills, Esq. of the law firm of Bauman, Loewe, Witt & Maxwell PLLC, and hereby stipulate that the above-entitled action shall be dismissed in its entirety,

///

///

///

STIPLATION AND ORDER TO DISMISS WITH PREJUDICE
- Page 1 of 2 -

4143746v1

including but not limited to Plaintiff's Complaint and Counter-Claimant's Complaint for declaratory relief shall be dismissed, with prejudice, and each party to bear its own attorneys' fees and court costs.

APPROVED AS TO FORM AND CONTENT:

Dated this 19th day of December 2024

HALL, JAFFE LLP

/s/ Michael R. Hall
_____
MICHAEL R. HALL, ESQ.
7425 Peak Dr.,
Las Vegas, NV, 89128,
Phone 702-316-4111.
Fax 702-316-4114
Counsel for Plaintiff, Counter-Defendant
Rodney Hermanson

Dated this 19th day of December 2024

BAUMAN LOEWE WITT & MAXWELL

_____
MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
7251 W. Lake Mead Blvd., Ste. 300 #359
Las Vegas, NV 89128
Phone: 702-240-6060
Fax: 702-549-8855
Attorneys for Defendant /
Counter-Claimant
Century-National Insurance Company

Dated this 19th day of December 2024

VC2Law

/s/ Michael C. Van
_____
MICHAEL C. VAN, ESQ.
8985 S. Eastern Ave., Ste. 100
Las Vegas, NV, 89123
Phone 702-478-7770
Fax 702-478-7779
Counsel for Plaintiff, Counter-Defendant
Rodney Hermanson

IT IS SO ORDERED:

DATED: December 20, 2024

_____
UNITED STATES DISTRICT JUDGE